COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division, U.S. Department of Justice
TANYA SENANAYAKE
Trial Attorney, Public Integrity Section
D.C. Bar No. 1006218
Criminal Division, U.S. Department of Justice
1301 New York Ave. 10th Floor
Washington, DC 20530
Telephone: 202-514-1412
Email: Tanya.Senanayake@usdoj.gov

GARY M. RESTAINO
United States Attorney
District of Arizona
SEAN K. LOKEY
Assistant United States Attorney
Arizona State Bar No. 033627
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: sean.lokey@usdoj.gov

*Attorneys for Plaintiff*

FILED ___ LODGED
RECEIVED ___ COPY

JUL 2 6 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>James W. Clark,<br><br>　　　　　　Defendant. | No. CR-22-00889-PHX-MTL (JZB)<br><br>**INDICTMENT**<br><br>VIO:　18 U.S.C. § 844(e)<br>　　　(Bomb Threat)<br>　　　Count 1<br><br>　　　18 U.S.C. § 1038(a)<br>　　　(Bomb Hoax)<br>　　　Count 2<br><br>　　　18 U.S.C. § 875(c)<br>　　　(Interstate Threat)<br>　　　Count 3 |

**THE GRAND JURY CHARGES:**

<u>**BACKGROUND ALLEGATIONS**</u>

1.　At all times relevant to the indictment, VICTIM-1 was an election official who worked at the Arizona Secretary of State's Office.

2. On or about February 14, 2021, the defendant JAMES W. CLARK utilized a web browser to search for the address of VICTIM-1 and "how to kill" VICTIM-1.

3. On or about February 18, 2021, the defendant JAMES W. CLARK utilized a web browser to search for "fema boston marathon bombing" and "fema boston marathon bombing plan digital army."

## COUNT 1
## 18 U.S.C. § 844(e)
## (BOMB THREAT)

4. On or about February 14, 2021, in the District of Arizona and elsewhere, the defendant JAMES W. CLARK, through the use of an instrument of interstate commerce, and in and affecting interstate commerce, willfully made a threat, and maliciously conveyed false information knowing the same to be false, concerning an attempt and alleged attempt being made, and to be made, to kill, injure, and intimidate any individual and unlawfully to damage and destroy a building and other real and personal property by means of an explosive, specifically, the defendant sent the following language via the web form of the Elections Division, Arizona Secretary of State's Office, addressed to VICTIM-1: "Your attorney general needs to resign by Tuesday February 16th by 9 am or the explosive device impacted in her personal space will be detonated."

In violation of Title 18, United States Code, Section 844(e).

## COUNT 2
## 18 U.S.C. § 1038(a)
## (BOMB HOAX)

5. On or about February 14, 2021, in the District of Arizona and elsewhere, the defendant JAMES W. CLARK, did intentionally convey false and misleading information, to wit, a message sent via a web contact form containing a threat to detonate an explosive device, under circumstances where such information may reasonably be believed and where such information indicated that an activity had taken, was taking, and would take place, to wit, the detonation of an explosive device in government facilities, that would

constitute a violation of Title 18, United States Code, chapter 113B, particularly Title 18, United States Code, Section 2332f, specifically, the defendant sent the following language via the web form of the Elections Division, Arizona Secretary of State's Office, addressed to VICTIM-1: "Your attorney general needs to resign by Tuesday February 16th by 9 am or the explosive device impacted in her personal space will be detonated."

    In violation of Title 18, United States Code, Section 1038(a).

## COUNT 3
## 18 U.S.C. § 875(c)
## (INTERSTATE THREAT)

6. On or about February 14, 2021, in the District of Arizona and elsewhere, the defendant JAMES W. CLARK, with the intent to communicate a true threat to injure another person and with knowledge that the communication would be viewed as a true threat to injure another person, knowingly transmitted a communication in interstate and foreign commerce containing a true threat to injure the person of another by stating the following in a message transmitted via the web form of the Elections Division, Arizona Secretary of State's Office, addressed to VICTIM-1: "Your attorney general needs to resign by Tuesday February 16th by 9 am or the explosive device impacted in her personal space will be detonated."

    In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

_s/_
FOREPERSON OF THE GRAND JURY
Date: July 26, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division, U.S. Department of Justice

_s/_
SEAN K. LOKEY
Assistant U.S. Attorney
District of Arizona

_s/_
TANYA SENANAYAKE
Trial Attorney, Public Integrity Section
Criminal Division, U.S. Department of Justice