# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-22-00889-001-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| James W. Clark, | |
| Defendant. | |

The Court has considered the Government's Motion to Unseal Indictment lodged July 29, 2022. Good cause appearing,

IT IS ORDERED granting the Motion to Unseal Indictment.

IT IS FURTHER ORDERED unsealing the Indictment, the Motion to Seal (Doc. 1), the Order to Seal Indictment (Doc. 2), and the Motion to Unseal Indictment.

The Court finds excludable delay under 18 U.S.C. § 3161(h) from _____ to _____.

Dated this 29th day of July, 2022.

_____
Honorable Eileen S. Willett
United States Magistrate Judge