JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

JEANETTE E. ALVARADO, #016111
Asst. Federal Public Defender
Attorney for Defendant
jeanette_alvarado@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-22-00889-PHX-MTL |
| Plaintiff, | |
| vs. | **MOTION TO CONTINUE ARRAIGNMENT** |
| James W. Clark, | |
| Defendant. | |

Defendant has filed Mr. Clark's Waiver of Appearance at Arraignment (Dkt. 17) and Addendum (Dkt. 18) for his August 17, 2022, Arraignment hearing. Given the Court has not yet ruled and in case the Court denies Mr. Wright's request, then this motion is filed to request a 2-week continuance of his arraignment to allow for counsel to file a Motion for Transportation Costs for the U.S. Marshals to arrange transportation for Mr. Clark to the District of Arizona, for the U.S. Marshals to make such arrangements, and for Mr. Clark to be able to arrange for transportation back to his residence in Boston, Massachusetts, after the

hearing. Mr. Clark is indigent and unable to pay for an airline or bus ticket from across the United States at this date so close to his hearing.

Assistant U.S. Attorney Sean Lokey has been advised of the filing of this motion, but as of this filing, his position is unknown.

Excludable delay under 18 U.S.C. § 3161(h)(1)(F) may result from this motion or from an order based thereon.

            Respectfully submitted: August 12, 2022.

JON M. SANDS
Federal Public Defender

*s/Jeanette E. Alvarado*
JEANETTE E. ALVARADO
Asst. Federal Public Defender