# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| United States of America, | No. CR-22-00889-PHX-MTL |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| James W. Clark, | |
| Defendant | |

Upon motion of the defendant, no objection from the government and good cause appearing,

IT IS HEREBY ORDERED continuing the Arraignment of this case from August 17, 2022, to _____, 2022, at _____ in _____, Arizona.

The Court finds excludable delay under 18 U.S.C. § 3161(h) _____ from _____ to _____.