JON M. SANDS
Federal Public Defender, District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700
JEANETTE E. ALVARADO
Arizona Bar #016111
Asst. Federal Public Defender
Attorney for Defendant
jeanette_alvarado@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, Plaintiff, vs. James W. Clark, Defendant. | No. CR-22-00889-PHX-MTL<br><br>**Defendant's Motion to Self-Surrender** |
|---|---|

    Mr. Clark moves the Court to allow him to self-surrender if it imposes an incarceration sentence. He is eligible for voluntary surrender as he has complied with all release conditions and is not a flight risk or danger. Mr. Clark resides in Boston, and it is the BOP's policy is to incarcerate a defendant within 500 miles of their residence, so allowing self-surrender at either the U.S. Marshal's Office, Boston or the facility he is designated to, would make best use of judicial resources. Assistant U.S. Attorney Tanya Senanayake does not object to Mr. Clark's self-surrender.

    Respectfully submitted: March 5, 2024.

    JON M. SANDS
    Federal Public Defender

    *s/Jeanette E. Alvarado*
    JEANETTE E. ALVARADO
    Asst. Federal Public Defender