| PROB 22 (Rev. 01/24) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Transferring Court)* CR-22-00889-001-PHX-MTL |
|---|---|---|
| | | DOCKET NUMBER *(Receiving.Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE James W Clark | DISTRICT District of Arizona | DIVISION 2: Phoenix |
|---|---|---|
| | NAME OF SENTENCING JUDGE Michael T. Liburdi United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 5/4/2026 — TO 5/3/2029 |

OFFENSE

Title 18, U.S.C. §875(c), Interstate Threat

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

The Probation Office in the District of Massachusetts has requested a transfer of jurisdiction to allow for any future concerns while on supervision to be addressed efficiently by their District.

**PART 1- ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, James W Clark, be transferred with the records of this Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____May 8, 2026_____         ___*Michael T. Liburdi*_____
Date                                Michael T. Liburdi
                                    United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____         _____
Effective Date                   United States District Judge